301.033141

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15CV08805 |
| | ) | |
| KINGMAN MOBILE STORAGE, INC., | ) | Judge Amy St. Eve |
| and MATTHEW COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to a settlement agreement, it is hereby stipulated and agreed by and between the parties hereto that the above-captioned case be dismissed with prejudice with each party to bear her/their own attorney's fees and costs subject to the settlement agreement.

Date: December 8, 2016

| **Kathleen Garcia** | **Kingman Mobile Storage, Inc. & Matthew Collins** |
|---|---|
| By: /s/ Jonathan M. Thomas | By: /s/ Bruce W. Lyon |
| Power Rogers & Smith, LLP | LaBarge Campbell & Lyon, LLC |
| 70 West Madison Street, 55th Floor | 200 West Jackson Boulevard, Suite 2050 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| 312-236-9381 | 312-580-9010 |
| jthomas@prslaw.com | blyon@lcllaw.com |
| *Attorney for Kathleen Garcia* | *Attorney for Kingman Mobile Storage, Inc. & Matthew Collins* |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 8, 2016</u>, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan M. Thomas
Joseph A. Power
Power Rogers & Smith
jthomas@prslaw.com
jpower@prslaw.com

                                          */s/ Bruce W. Lyon*

LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendant Kingman & Collins
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010
312-580-9011